CV-08 0074

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

~~SAMPLE~~
~~DO NOT SUBMIT THIS~~
~~FORM TO THE COURT~~

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 07 2008 ★

LONG ISLAND OFFICE

-----------------------------------------------X

[Your Name], Ellen Reyes

Plaintiff,

COMPLAINT

- against - Fair field Properties

[Insert Names],

Jury Trial Demanded

SEYBERT, J.
LINDSAY, M.

Defendants.

-----------------------------------------------X

I. Parties:

Plaintiff Ellen Reyes, resides at 64 Gibson Blvd, Apt 4A, Valley Stream NY 11580

Defendant Fai __________, resides at ____________________.

Defendant __________, resides at ____________________.

II. The jurisdiction of the Court is invoked pursuant to Amer. w/ Disabilities other

III. Statement of Claim. [give a clear and concise statement of facts: where the claim arose, the date of each relevant event, a description of what occurred and how each defendant named was involved in the claim]

See Attach

IV. Remedy. State what relief, such as money damages, you seek from each defendant.

The Apartment Accomodation and stop the harassment.

________________
Date

________________
Sign Your Name

(516) 825-7796
Telephone Number

Ellen Reyes
64 Gibson Blvd, Apt 4A
Valley Stream, NY 11580
516-825-7796

Fair Field Properties (landlord)
66 Commack Rd
Commack, NY, 11725

Ellen Reyes and Joy Reyes (Minor in wheelchair)

1. Kitchen sink leaking hot water, (water is always on kitchen floor). This is harassment.
2. Bathroom tubs leaking hot water everyday, and bathroom smell like mildew (water was always on bathroom floor everyday). This is harassment.
3. Gutter needed to be clean every time it rain it rain in living room. The front door and wooden floor are destroyed. This is harassment
4. David Ford contacted on 8/30/05, 9/7/05 ,9/21/05, 9/29/05, 10/12/05, 10/26/05, 11/3/05, 11/7/05, 11/29/05, 12/2/05, 12/15/05, 12/21/05, 1/5/06, 1/25/06, 2/7/06, 2/17/06, 3/7/06, 3/28/06, 4/17/06, 4/27/06, 5/10/06, and 5/24/06. It was harassment and a hardship mopping the kitchen, living room and bathroom floors everyday (several times a day). Section 8 inspector came in June of 2006, and told Fair Field the apartment failed inspection. Fair field fixed the gutters, leaking kitchen sink and the bath room leak. Fair Field still did not build the ramps for wheelchair. Per David Ford, will build Fair Field will build ramp when walkways are done over.
5. Walk ways was done over in (fall of 2006). We had a hard time getting Joy in the apartment and David Ford told me that Joy will have Wheelchair access. David Ford to me the untruth, ramps was not build. I have picture of reconstructions of the walkways. This is harassment.
6. Fall of 2006, sewage pipe broke in laundry room: sewage was coming through my bathroom tub and kitchen sink. I, called David Ford several time, never return my calls. Called Health Department spoke to Tom McCloskey at 516-571-3678. Tom McCloskey told Fair Field to fix the problem. The problem was fixed. Nevertheless, I had to clean up the hazardous waste. This is harassment.
7. February 2, 2007, Mervin in apartment 4B was found dead in his apartment. Richie opens up the door for the police.
8. February 3, 2007 water pipe broke in (apartment 4B), water over flow in my bathroom wall, called David Ford, per David Ford will send plumber. Plumber never came instead he sent Richie and he had been drinking alcohol. Richie stated that David told him to take care of the leak in the bath room ceiling. Richie put a hole in my ceiling and then said unpleasant word to me. I asked him to leave he refused to leave because David told him to fixed the problem. I told Richie if he doesn't leave, I will call the police.
9. February of 2007 ice storm, Field Fair did not removed ice from walk ways for 2 days. I called David he stated stay home until the ice melt. Joy my daughter is in a wheelchair had to go to school. I called Police department 516-572-6154 spoke with Office Possidela, Legislator Francis X. Becker Jr. 516-571-6206, and Building Department and spoke with Nike Cassano 516-572-5140. The hazardous condition was clean up.
10. March 23, 2007, again the sewage was coming through the bathroom tub and kitchen sink. I called David Ford on 3/23/07 never return my phone call. I called

the emergency health department from the police department and report Fair Field. On 3/24/07, I called David Ford he stated he is sending a plumber. The plumber never came until March 25, 2007 at 10:30 am. Nevertheless, I had to clean up the harassment waste all weekend. I informed Ms Hirshon and Fair Field lawyer the harassment treatment, I received from Fair Field on 3/23/07-3/25/07.

11. On 4/11/07 and on 4/23/07 you stated you will back on 4/25/07. David Ford made appointment to fix the repairs in my apartment and he never shows or never called. That is mental harassment to have some to wait all day.
12. 4/23/07 Mike (the repairs person) took the bed room screens out and haven't bought back screen yet. Can not open bedroom window because bugs and birds would fly through the windows. It's been very hot (mental harassment).
13. On May 1, 2007, I faxed a letter to David Ford asking him to change my locks because he gave an alcoholic (Richie) keys to my apartment.
14. In May 4 2007 Mercy First hired me. Start date was May 07, 2007. I really needed that job. Ms Hirshon my lawyer,"said that I have to go to court." Mercy First informed me that I can not take off any days until three month.
15. On May 11, 2007, section 8, failed the inspection because no smoke detective in bedrooms and where they fixed the leaks in walls wasn't painted.
16. In July 2007 Richie exterminated my apartment and put mice trap down without my permission.
17. July 20, 2007 LI Fair Housing sent a letter to Fairfield concerning the accommodations for wheelchair access (walkways and in apartment).
18. On July 24, 2007 my Aunt Inez was found dead in my apartment.
19. On August 3, 2007 I went into my apartment and Richie broke my bedroom lock. Also, he painted my bedroom door, bathroom door, and linen closet door without my permission. Richie cut off the power in Joy's room. This is illegal and harassment.
20. I felt unsafe in my apartment. Therefore on August 7, 2007 I change my locks. Also, I sent a letter with receipt (458.00) stating that I am deducting from August rent.
21. On August 9, 2007, Joy's was taken to the South Nassau Hospital. (stressed related)
22. On August 31, 2007 shower pipe broke called David Ford. He sent a repair person on Friday at 9:00 am. Shower fixed temporary. Per repair person will be back with in the week. Never came back.
23. On 9/8/07, Joy and I had a hard time breathing in the apartment. I ran and open the windows and front door. Police and Fire Department came and stated don't open the windows and door next time. Just try getting out the apartment and called 911. Then we can find out what is going in your apartment.
24. On 9/11/07, it was rain in Valley Stream. I called Fair Field (ER telephone line) because Joy Reyes (young person in wheelchair) could not get out the apartment to go to school. The gutter was clogged. I called the Fair Field (ER line) on 9/11/07 at 7:10am. As of 9/14/07 the gutter was still clogged.
25. 9/20/07, I was on the telephone with Lisa Terenzio (advocate) and my phone line went down. Per Phone Company, line broke. Richie still has keys to the door

where the telephone phone box located. Richie is not an employee of Fair Field. Richie should not have access to my phone wirers.

26. On 9/21/07 around 5:00 pm apartment 5a informed me on 7/16/07 until a week Fair Field had the heat on in the all apartments. It was so hot that the air condition was not helping. Apartment 5a gave Apartment 5b a ride to the store to buy air conditions which did not help until Richie turn off the heat. Richie still have access to everyone heat.
27. On 9/21/07, there were no lights in the back of the parking lot and near garbage dump. I reported it to (ER line). Per (ER line) David Ford said he will not do anything until Monday (9/24/07).
28. As of 9/25/07, there is no light in the back of the parking lot. At night you can not see getting out the car. I had a very hard time getting Joy (who is in a wheelchair) out the car. It is not safe at all. This is harassment.
29. On 9/26/07, I came home at 3:40 pm. Someone put excrement or fecal matters all in the apartment building tunnel leading to apartment front door. This is harassment and illegal. I had to clean up the mess before 4:00 pm because Joy (young person in wheelchair) school bus drops her off at 4:00 pm. This is harassment.
30. As of 9/27/07, there is no light in the back of the parking lot. At night you can not see in back of the parking lot. It is not safe at all. I called (ER line) and David Ford never called me back. This is harassment.
31. As of 9/27/07, Richie still has access to my phone wires, electric wires, plumbing pipes, and heating system. Richie is not an employee of Fair Field.
32. On 9/28/07, I saw Richie going into apartment 4B around 3:30 pm. Richies still have access to other tenant's apartment.
33. On 9/30/07, the toilet is not flushing. In addition, sewage is coming up thru the bathroom tub. I Called (ER line) at 10:00am. I called the ER line at 11:58 again because David Ford did not call me back. They stated that they will call David Ford again, I called the Police Department spoke with Office Hearne, and she gave me the Health Department 571-9678. I informed her that I already had that number. Office Hearne stated to call that number. I called the number, did not work. I called the Police Department back and Office Hensley gave me Health Department ER line 742-6154. I called the Health Department ER line. Carol stated she will call Fair Field ER Line. David Ford called back and stated he will take care of situation. He sent Richie. Richie was drinking alcohol. I explained to Richie we need a plumber. He started yelling at me and David told me to put drain solution in the toilet. I stated to Richie that he can not come in my apartment because he has been drinking alcohol. Give me the drain solution. I put the drain solution in the toilet. Toilet still not working. This is harassment and illegal.
34. I saw the tenant from apartment 6A. He stated that he has the same problem. Things are coming up from his bathroom tub. In addition, his roommate Dennis told Riches a month ago (Richie is a tenant he don't work for Fair Field). I called the ER line and informed them that I need David Ford not to send Richie back to my apartment. In addition, we need a plumber to come to 64 Gibson Blvd site.
35. On October 1, 2007, I told David Ford about that I do not feel safe because Richie has access to the phone wires, electric wires, building heating system, plumbing

pipes, other peoples apartment (for example 4b), and electric wires. David Ford stated Richie is helping me out. I stated to David Ford that he is not an employee. David Ford stated, I know but I can not come to the site every time some call me. I informed David Ford that Ritchie is alcoholic. David Ford just looks at me and did not response to me. This is harassment and illegal.

36. On October 1, 2007, apartment 6A was burglarized.
37. On October 9, 2007, at 4:00 pm there was no power in the laundry room. Richie cut off the power.
38. On October 10, 2007, Richie cut off power in the laundry room. Today (7:16 am) it was no power I stated to Richie if he doesn't turn back on the power I going to call the police. Richie went into the lock room were the plumbing, phone wires, electric wires, building heating system, and access to the basement of the building. Then he turns the power back on. This is harassment and illegal...
39. As of October 11, 2007 Richie still have keys to the building plumbing, phone wires, electric wires, building heating system, and access to the basement of the building. This is harassment and illegal.
40. October 11, 2007, it was raining in Valley Stream around 3:45 pm until 5:30 pm. The gutter and ground drain was clogged. This situation cause a water fall right over my front door. No other tenant at 64 Gibson Blvd had a problem getting into there front door. This bad situation created several problems. First the living room floor was full of water. Furthermore, we had a hard time getting Joy (who is in a wheelchair) in the apartment. It was a nightmare. Nevertheless, I called Fair Field (ER line) and no one from Fair Field has called me back yet. This is harassment.
41. On October 19, 2007, it was raining in Valley Stream around 3:00 pm until 5:10pm. The gutter and ground drain was clogged. This situation cause a water fall right over my front door. No other tenant at 64 Gibson Blvd had a problem getting into there front door. This bad situation created several problems. First the living room floor was full of water. I had to clean up the water on the living room wooden floor. No one could get in or out of the apartment. It was a nightmare. This is harassment. Nevertheless, I called Fair Field (ER line) at 5:05pm. David Ford came by at 6:55 pm after the rain stop and everything was clean up.
42. As of October 31, 2007, Richie still have access to my telephone wires, plumbing pipes, electric, heating system, and the basement of the building.
43. As of November 1, 2007, Richie still have access to my telephone wires, plumbing pipes, electric, heating system, and the basement of the building. This morning Jean who uses a walker (in apartment 5A) fell as she was walking down the steps. It was a lot of leaves on all the steps in the building and all the walking path ways. This is harassment, and dangerous conditions.
44. As of November 15, 2007, no heat in apartment. I called Fair Field (ER line), and Ms Hirshon. Out of the 12 apartment at the 64 Gibson Blvd site, my apartment was the only one without heat. This is harassment and illegal.
45. As of November 16, 2007, no heat in apartment. I called Health Department, Fair Field (ER Line) and Ms Hirshon. I spoke with Betty 6:00 am and Steven 3:30 pm, 4:30 pm and 4:40 pm). Out of 12 apartments at the 64 Gibson Blvd site, my apartment was the only one without heat. Around 12: 00 pm Kathy opens the for the repair man. Kathy is Richie cuisine. Now Kathy has keys to the building

heating system, phone wires, plumbing, electric wires, building basement and other people apartment. Kathy is not an employee for Fair Field Properties. For example, (apartment 4b, 3A, and many more). This is harassment and illegal.

46. On November 16, 2007, David Ford called me around 4:45 pm and he was very irate. David Ford made a threat to me on the telephone. In addition, he stated that he is on his way over to my apartment now. I was afraid for my daughter and I safety so I called 911. The police Office (badge number 954 and 1134) came into the apartment and verify that it was no heat (60 degree). David Ford put my heat back on. David Ford apologized for given Richie and Kathy keys to my apartment and important doors to building. He stated that he live in New Hyde Park and he does not feel like coming every time it a problem. So you give important keys to an alcoholic. He stated he apologized. This is harassment and illegal.
47. November 21, 2007, Jerry from Fair Field came to do repairs in the building. Kathy open the door where the heating system, phone wires, plumbing, laundry room, electric wires and building basement.
48. On November 28, 2007, at 3:30 pm Richie open the door where the phone wires, plumbing, electric wires, electric power for the building, building basement. In addition, Riches put the out side light on early so I know he still have access to the electric power in the building, Around 3:50 pm he was sitting by the telephone box with the door open. Richie was looking very irate.
49. I informed Ms Hirshon that I received her letter and she left a lot of information out that Fair Field Properties promised to do and to repair. Ms Hirshon please add to your list of problems The gutter need to be repair every time it rain Joy (who is a minor in a wheelchair) and I can not get into apartment (water fall right in front of front door). The water fall is caused by the gutter problems (this only happen in front of Joy and I front door). Living room wooden floor are damage due to the gutter. Door fame is damage due to the gutter. Stove fan does not work. No heat in master bedroom. Kitchen cabins need to be repair. In September and October had sewage problems. Joy and I apartment was the only apartment with sewages coming up thru the bathroom tube. Wheelchair access (ramp) for Joy. Nevertheless, for the harassment and illegal actives to stop immediate at 64 Gibson Blvd site.
50. November 30, 2007, at 4:10 pm Richie was standing right in front of my apartment door. I waited for about five minute then open the door. I than closed my screen door and lock it. Richie was looking very irate. Richie went into apartment 4B right above my apartment. He stays for about five minutes. Then he left and opens the door where the telephone wires, plumbing, electric wires, electrics power for building, plumbing and the building basement. This is harassment and illegal
51. December 1, 2007, Richie still has access to the telephone wires, plumbing, electric wires, electrics power in the building, heating system, laundry room, and building basement. This morning Richie was looking very irate. This is harassment and illegal.
52. December 2, 2007, no heat in master bedroom. This is harassment and illegal.
53. December 3, 2007, this morning Richie and Kathy put allot bead crumbs all in front of the building to feed the birds. There were around forty or more birds in front of the building. I was waiting for Joy (minor who is in a wheelchair) school bus to come and pick up Joy for school. This is harassment.

54. As of December 3, 2007, still no wheelchair access. This is harassment and illegal.
55. December 3, 2007, Judy Hirshon was very irate to me in Court today (every time we speak Ms Hirshon is irate to me). Today in front of Michael Wigutow, Ms. Judy Hirshon stated, "that I was the worst person she every met. I am the scum of this earth. Furthermore, that she never wanted to work with me." Ms Judy Hirshon was working again me. I asked the Judge to removed Ms Judy Hirshon from my case. Ms. Hirshon refused to give me my files back. This is harassment.
56. On December 4, 2007, Kathy and Richie are putting bead crumbs at 7:15 am in front of the building. Now I have to deal with all these birds flying over Joy and I head while we wait for school bus. This is harassment.
57. On December 4, 2007, at 3:30 pm Richie went into apartment 4b. Then open the where telephone wires, electric power to the building, plumbing, and building basement. In addition, he went to the back of the parking lot and open up where the heating system is located. Nevertheless, he opens the laundry room and then locks it back. Richie looks very irate.
58. On December 4, 2007, Richie was standing right in front of my door at 6:05 pm. Looking very irate.
59. On December 4, 2007, around 6:15 pm Richie opens the door where the plumbing, electric wires, telephone wires, electric power for the building, and building basement. Richie looks very irate.
60. December 4, 2007, Richie goes back into the laundry room and stair at my apartment thru the laundry room window. Richies looks very irate.
61. On December 5, 2007, before 7:15 am, someone put excrement or fecal matters all in the apartment building tunnel leading to apartment front door. This is harassment and illegal.
62. As of December 6, 2007, Richie still has the keys to the plumbing, electric wires, telephone wires, electric power for the building, and building basement. All afternoon he opening doors and locking doors. Looking very irate.
63. At 7:05 pm Richie was in the laundry room starring at my apartment thru the laundry window. Looking very irate. This is harassment.
64. On December 7, 2007, at 3:30 Richie was standing by my parking space. I get out the car. Richie followed me to my apartment door. When I went outside to get Joy off the school bus; Richie was standing outside my apartment door. Richie was looking irate. At 4:05 pm Richie followed me to the side walk. I informed Richie if he does not stop following me, I will call the police. This is harassment.
65. On December 7, 2007, at 4:45 pm Richie still have keys to the plumbing, electric wires, telephone wires, electric power for the building, heating system and building basement. Richie kept opening and slamming the building important doors. This is harassment and illegal.
66. On December 8, 2007 around 4:30 pm apartment 3a had all their windows open and front door because they had too much heat. Furthermore, Vince stated it remained him of the week of 7/16/07 that Fair Field had the heat on in the all apartments and the air condition was not helping. For a week.
67. As of December 10, 2007, Joy still has no wheelchair access. Fair Field has not done any repairs.

68. On December 10, 2007, at 6:14 pm Richie was standing by my parking space. I get out the car and Richie started following me. The he goes into apartment 4b right above my apartment. Tenant in apartment 4b was not home. Richie was looking very irate. This is harassment.
69. December 11, 2007, this morning at 7:15 am Richie and Kathy put allot bead crumbs all in front of the building to feed the birds. There were around forty or more birds flying over us in front of the building. I was waiting for Joy (minor who is in a wheelchair) school bus to come and pick up Joy for school. This is harassment.
70. On December 11, 2007, Richie was standing by my parking space and I get off the car. Richie started following me around 3:30 pm. I went into apartment. He just stood outside of my apartment door looking irate. Then he shows me a lot of keys. This is harassment.
71. On December 12, 2007, at 7:15 am Richie was starring at my apartment thru the laundry room window. Then he show me allot of keys and continual to look irate. At 3:40 pm Richie was smoking in the room with the electric wires, plumbing, telephone wires, electric power to the building, and the basement of the building. At 6:30 pm Richie was standing in the laundry room starring at my apartment.
72. On December 13, 2007, before 7:15 am, someone put excrement or fecal matters all in the apartment building tunnel leading to Joy and I apartment to where Joy school bus pick Joy up and drop Joy off. The only person that was outside that morning in the building was Richie starring at me (looking irate) and his cousin Kathy starring at me thru an open window from there apartment. This is harassment and illegal. At 3:40 Richie was standing by my parking space. I get out the car. Richie followed me to my apartment door. I went into my apartment and it was no heat. It read 59 degree. I called the police. The police came. I stated that Richie is harassing me and following me. Furthermore, I have no heat. Both badge # 279 and # 855 verify that my meter was reading 59 degree. Richie opens up the room up where the heating system is located. Every one in the building had heat but me. Both badge # 279 and # 855 verify. Apartment 2a, 5b, 6b, had there windows open; they had too much heat. 1b and 5a had the air condition on; they also had too much heat. Badge # 855 called David Ford. The police fix my heat temporary. Badge # 855 and 279 stated go to court and tell the judge that Richie and David Ford is still harassing. I stated I want an order protection again Richie because he is harasses my daughter Joy (who is in wheelchair) and I everyday. David Ford is behind this because he does not take the keys from Richie. Badge # 855 asked Richie are you going to stop harassing Joy and Ellen. Richie does not say any. Badge # 855 stated to Richie cut it out. After the police left Richie stood right in front of my apartment. I had to go outside to get Joy. I informed the mail man that Richie was harassing me and he will not moved away from my apartment. The mail man stated Richie moved he refused to move. I stated I am going to call the police. He ran into his apartment. Around 4:30 pm Melissa, Joy and I saw Richie at the kitchen window. This is harassment.
73. On December 14, 2007, at 3:50 pm Richie was starring at my apartment thru the laundry room window. At 3:45 pm Richie was smoking in the room with the electric wires, plumbing, telephone wires, electric power to the building, and the

basement of the building. Both Melissa and I saw him. Office Rossi called me and spoke to me about these ongoing issues. I finally received Inez Dennis (Aunt) the Nassau County Police Department 5SQ CASE # 207CR0061405S-2219-07 (7/22/07-7/24/07) the contact number # 516-825-8438 who telephone number is Richard. Who has been harassing Aunt Inez, Joy and I. On May 1, 2007, I faxed a letter to David Ford asking him to change my locks because he gave an alcoholic (Richard) keys to my apartment. Nevertheless, the only people who had keys to my apartment beside my Aunt Inez were David Ford and Richard. David Ford and Richard were harassing Aunt Inez, Joy and I for a very long time. December 14, 2007 Joy and I are still being harassed.

74. As of December 17, 2007, Joy who is in a wheelchair still does not have wheelchair access and no repaired has been done in apartment.
75. On December 19, 2007, at 3:45 pm Richie was smoking in the room with the electric wires, plumbing, telephone wires, electric power to the building, and the basement of the building. Both Melissa and I saw him. Richard still has access to all the important doors in the building.
76. As of December 20, 2007, at 7:14 am Richie was starring at my apartment thru the laundry room window. Kathy put allot bead crumbs all in front of the building to feed the birds. There were around forty or more birds flying over me in front of the building. I was waiting for Joy (minor who is in a wheelchair) school bus to come and pick up Joy for school. As December 20, 2007, Joy who is in a wheelchair still does not have wheelchair access and no repaired has been done in apartment.
77. At 6:30 Richard show me allot of keys and continual to look irate. Richard was smoking in the room with the electric wires, plumbing, telephone wires, electric power to the building, and the basement of the building. At 6:45 pm Richard was standing in the laundry room starring at my apartment.
78. On January 3, 2007, Joy and I had no heat in apartment. Called Health Department and Police Department. Officer Stork and badge # 3329 verify that it was 49 degree in the apartment at 10:58 pm. At 11:35 pm Officer Stork and Badge # 3329 came back again and it was 50 degree. Furthermore, I go to my car to leave and someone flatten my car tire so Joy and could not leave. The same police came back at 12:59 am and it was still reading 49 degree in the apartment.
79. On January 4, 2008, I was taking Joy to the bus Richard through bread crumbs at Joy and I. Then Richard stated you black hoer and you are a nigger. Kathy came outside. I took Joy inside. This is harassment and illegal.
80. On January 4, 2007, David Ford came fix heat. I had no heat in apartment sent November 15, 2007. Harassment and illegal.
81. As of January 6 2007 Richard still have keys to the door were my phone wires, electric wires, building heating system, plumbing pipes, and access to the basement of the building. This is harassment and illegal.
82. As of January 7, 200 still no Accomodation Out and in apartment and still being harassed by landlord.

[signature]

1/7/08